**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  **IP Address:** 104.162.76.125
**Total Works Infringed:** 56  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 81A3248365640BCD9D3F6DB8A1BD80092D4FA8E1 | 05/28/2025 21:10:27 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 2 | 53eb251e6e7985853dc37dea816a1a1368910000 | 06/22/2025 20:56:36 | Tushy | 06/15/2025 | 06/20/2025 | PA0002536524 |
| 3 | f2716eac87cfc22538f34ef70be0bbff67395e1e | 06/17/2025 13:24:04 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 4 | 963abc431df65528d6e6f1a3ce965226e159666b | 06/03/2025 19:28:16 | Blacked | 05/03/2025 | 05/23/2025 | PA0002532331 |
| 5 | 3fbe4b0e62cc90b1a3978f4cfbca74c7da0de314 | 06/03/2025 19:26:52 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 6 | 160b2b4e265dd6faf9ea7084ec4e82b688c1bef2 | 05/28/2025 22:32:32 | Blacked | 08/16/2024 | 09/17/2024 | PA0002490360 |
| 7 | 08d25c02ae0b285d111d6db7e817cdb1ca73e7a2 | 05/28/2025 22:32:15 | Blacked Raw | 01/11/2025 | 01/15/2025 | PA0002509388 |
| 8 | D459DCFB58EE33365B6B574D49572D7ADE4C2DC4 | 05/26/2025 22:00:28 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 9 | BB67CFBD5FB85A51220BE9C2570C78BB50CBAC9C | 05/26/2025 16:46:51 | Blacked Raw | 07/15/2024 | 08/14/2024 | PA0002484848 |
| 10 | c0b252482b079bb4176d7ed4fed3029391c020e6 | 03/02/2025 18:11:52 | Vixen | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 11 | c0b3912b73d6be3f56883f5b703459472c9641e3 | 03/02/2025 13:32:53 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 12 | a0c065701114b677be0d9fdab888d63a2a3af786 | 11/07/2024 03:02:45 | Vixen | 10/20/2023 | 12/05/2023 | PA0002443587 |
| 13 | db8c08205e22582b6872a016f66d5a89b1a45170 | 10/22/2024 00:37:10 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 14 | ecfee9a8313b2b8058f07c7af90c6218ef8a4e45 | 10/14/2024 16:42:34 | Vixen | 10/04/2024 | 10/16/2024 | PA0002494721 |
| 15 | 304b00dacfde72d4520aa05d45928b065cec3c91 | 10/14/2024 16:25:13 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |
| 16 | 10c1d4933067eed5cb41754369db61a8fe3f2216 | 10/11/2024 08:02:33 | Blacked | 04/16/2022 | 04/23/2022 | PA0002346424 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 3d6303aad8a090580786cdfe0852c3d2cb024b0c | 10/11/2024 00:04:18 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 18 | f8d16c03d1743ff4a3d7c8c48e4e43420b85ba3f | 10/10/2024 23:32:34 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 19 | c2cb05b2f4f9468d51f54421908c53d4b19731ae | 10/10/2024 16:35:14 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 20 | 444459acc889371dc438898bacd4245d5dbaa8a3 | 10/06/2024 00:06:56 | TushyRaw | 09/17/2024 | 10/16/2024 | PA0002494722 |
| 21 | 36b744c2f7ce7b8216973496fc51c9bfc530928b | 09/26/2024 23:06:59 | Tushy | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 22 | 3ce8f6fe808a79955c06bdd53495b12eaf6455c0 | 09/26/2024 10:30:24 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 23 | cdc30f7c3dca018a7601ac6eac63093af699ea97 | 09/25/2024 12:11:11 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 24 | 7944fb6f4dfe08a9b9e91644207313870d132295 | 09/10/2024 04:53:03 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 25 | ebda7f784cae24df1438ea6c5505ecac7fe98b79 | 09/08/2024 23:28:59 | Vixen | 07/10/2020 | 07/20/2020 | PA0002248961 |
| 26 | 70ea4507606918ae97cfb4c96b9f691455823620 | 09/08/2024 10:25:00 | Tushy | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 27 | 788413EBDB9AED211A6192777361CB41E196CD02 | 09/07/2024 07:03:32 | Blacked Raw | 09/02/2024 | 09/17/2024 | PA0002490348 |
| 28 | 0d6f762934e127b5d6bc783312c4da5e7ec2d02f | 09/05/2024 07:57:41 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 29 | ce94257c5f905763c1535dd03f87aa9423a94745 | 09/04/2024 11:06:52 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 30 | ace8741a370b54060c1a29f574fecdbb3163ecc3 | 09/02/2024 04:53:39 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 31 | aeb2b414a44830b46c873b39dd57f4b2b63bccb8 | 09/02/2024 02:30:33 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 32 | cf8843fe08fc6c1af1f5fb6e7f94268a2fd2a2b7 | 09/01/2024 22:17:45 | Slayed | 06/20/2023 | 07/14/2023 | PA0002427505 |
| 33 | b65a411872f75e8f409db1d821e8a8775ab34c85 | 09/01/2024 22:17:45 | Blacked | 12/06/2018 | 12/18/2018 | PA0002141921 |
| 34 | e5413ef05b69bbdc52374d2550132101d51c4d4f | 09/01/2024 09:52:06 | Blacked Raw | 05/07/2018 | 06/19/2018 | PA0002126670 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 010bdd5148c368bfc4a500c86c7abf7725a3de93 | 09/01/2024 00:31:59 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 36 | FECFCF0EF0B27C3E7128DBF009895EB5B7562CFB | 08/31/2024 08:52:15 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 37 | b05ffc8be97a556f9c3fddb6890633efe1d15660 | 08/24/2024 21:56:43 | Tushy | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 38 | b56904bf31ce8de316dc903c71360c90e5d71243 | 08/21/2024 00:19:08 | Slayed | 03/05/2024 | 06/25/2024 | PA0002477541 |
| 39 | 86a648cd0d840f4caac7689558dc4630c0fb3a09 | 08/19/2024 05:46:57 | Tushy | 12/05/2021 | 12/09/2021 | PA0002325840 |
| 40 | e9916ef3eda15d5e4bfeeb0514d83ab523622867 | 08/18/2024 21:17:38 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 41 | f897285081840cd18e1033090b5e43e1d6f3f22c | 08/18/2024 07:27:08 | Vixen | 03/17/2023 | 04/10/2023 | PA0002405944 |
| 42 | 7d9d29973befd1bc4260caac6fc22010b2126d15 | 08/18/2024 03:32:02 | Blacked | 03/19/2024 | 04/10/2024 | PA0002464916 |
| 43 | 9E1DBD80909388565E8024DFA4BD90AD4F8EB8F6 | 08/16/2024 12:57:58 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 44 | 237cd43a59ef3fdb8c2bc9692b8e0b572325704e | 08/13/2024 22:12:58 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 45 | 5748b373baa625d80648c7f7875c52ab0fb022aa | 08/13/2024 13:21:26 | Blacked | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 46 | 480726ed66e198f5dbacfcd511a50a5080ef8f42 | 08/13/2024 09:40:19 | Blacked Raw | 07/25/2022 | 08/29/2022 | PA0002367727 |
| 47 | DA618A7F997223BADD9BF1376C5BFD218832D92C | 08/11/2024 21:04:25 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |
| 48 | 3158c556cb84c1dae267f9b76c6ed7600b3e97bf | 07/23/2024 02:47:10 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 49 | 75D19E4132B6D46EF7DF01C814B1AF44DB18BEA5 | 07/21/2024 21:05:16 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 50 | CB449A30844F774866CE876A5799CE364F9F76A1 | 07/19/2024 05:45:30 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 51 | E0669B6E85A71EBC57056220A7851AB55F5D1DA8 | 07/18/2024 05:31:57 | Vixen | 01/05/2024 | 01/16/2024 | PA0002449513 |
| 52 | 73BE5903414CE597312676BB41D3262030AB6B24 | 07/18/2024 03:50:39 | Milfy | 10/25/2023 | 12/07/2023 | PA0002446668 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 423DDB95E2A8D4147691A92A324AA022C434EADE | 07/18/2024 03:49:52 | TushyRaw | 04/30/2024 | 05/09/2024 | PA0002470227 |
| 54 | 7DDC769027AE67C756EADD976130DAE6C412C9E4 | 07/18/2024 02:38:24 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 55 | 77A7D1080B2D167FA551D00EFBDBF84A61BD5BD3 | 07/18/2024 01:20:08 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 56 | CAE9F6507E77B2234479A4FD9F56866025D0B1FE | 07/17/2024 23:23:36 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |